UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| GLEN STANLEY JENKINS | CIVIL ACTION |
| VERSUS | NO. 13-4442 |
| ST. TAMMANY PARISH PRISON ET AL. | SECTION "H"(2) |

### ORDER

The Court, after considering the complaint, the record, the applicable law, the Magistrate Judge's Findings and Recommendation, and finding that as of this date plaintiff has filed no objections to the Magistrate Judge's Findings and Recommendation, hereby approves the Magistrate Judge's Findings and Recommendation and adopts it as its opinion.

Accordingly, IT IS ORDERED that the claims of Glen Stanley Jenkins are DISMISSED WITH PREJUDICE for failure to prosecute.

New Orleans, Louisiana, this 22nd day of October, 2013.

_____
JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE